J. GORDON BAKER v. JOSEPH C. WATSON and Another.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM RAYNOR v. S. & J. MOSKALIK BUILDING CORPORATION and Another. —Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE VIKING TOOL & MACHINE CO., INC., v. CENTRAL MACHINERY & SUPPLIES CO., INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STEIN & EHRENSTAHL, INC., v. SCHWARTZ APPAREL STORES, INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES E. JUDSON v. JACK MARKS.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY MARCIANO v. SADYE J. KRAMER. DOMINICK MARCIANO v. SADYE J. KRAMER.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEONARD HEIMERDINGER and Another v. PAUL C. SCHNITZLER.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN CALCATERRA v. CREDITO ITALIANO.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDERICK PUSTET CO., INC., v. JOHN ROETHLEIN, Individually, etc., Impleaded etc.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM SCHLEIFER v. PERETZ BENENSON, Impleaded, etc.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX BANDLER v. MARKUS ENGEL.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID W. NEVINS v. CHARLES B. NEVINS and Others, as Executors, etc., of DELIA NEVINS, Deceased.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID W. NEVINS v. HENRY BRUNING.—Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PATRICK BOUDREAU v. HARRIS STRUCTURAL STEEL COMPANY, INC.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN CHOLONEY v. PHILIP MEYROWITZ.—Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.